RECEIVED
JUL - 1 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EARL JOSEPH VOISIN, JR. | CIVIL ACTION NO. 07-2230 |
| VS. | JUDGE DOHERTY |
| CRAIG COLWART, ET AL. | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** subject to reassertion if the requirements of *Heck v. Humphrey* are met.

**IT IS FURTHER ORDERED** that plaintiff's claims against Judge Gerard B. Wattigny is **DISMISSED WITH PREJUDICE** pursuant to the provisions of 28 U.S.C. §§1915(e)(2)(B)(iii) and 1915A(b)(2) on grounds that Judge Wattigny enjoys judicial immunity from suit.

**IT IS FURTHER ORDERED** that plaintiff's claims against Assistant District Attorneys Bofill Duhe and Wilfred Christen are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(iii) and 1915A(b)(2) on grounds that they enjoy prosecutorial immunity from suit.

**IT IS FURTHER ORDERED** that plaintiff's claims against criminal defense attorney Craig Colwart and crime victim and former girlfriend Jackie Bennett are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1) because plaintiff has failed to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's claims against Warden Roberta Boudreaux are **DISMISSED WITH PREJUDICE** as frivolous pursuant to the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 1 day of July, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE